

**FILED**

Sep 18 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ judep     DEPUTY

KENNETH A. WELLS
CLERK OF COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

TEL: 217.492.4020
FAX: 217.492.4028

September 6, 2017

U.S. District Court
Attn: Criminal Division
333 W. Broadway
San Diego, CA 92101

RE: USA v. Walter Rovidio Ipina
CD/IL Case # 17-mj-6468     SD/CA: Case # 17-0648

Dear Clerk of Court:

On, 9/5/2017, this Court held Rule 5 proceedings for the above named defendant who has been charged in your court. We are an electronic filing court and you may find any documents you need by accessing our electronic case file at the following address: http://ecf.ilcd.uscourts.gov

If you have any questions, please feel free to contact the Rock Island office.

Very truly yours,

KENNETH A. WELLS,
CLERK OF COURT

Peoria Division
100 N E. Monroe St
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 203
Rock Island, IL 61201
309.793.5778