AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| Walter Rovidio Ipina, aka "Gusano," aka "40 Rounds" | ) Case No. 17-mj-6468 |
| | ) |
| | ) Charging District's |
| Defendant | ) Case No. 17-cr-0648 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Southern__ District of __California__ (if applicable) __San Diego__ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this ord to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the Ur States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district

Date: 9/5/17

s/Sara Darrow

_Judge's signature_

_Printed name and title_