EZEKIEL E. CORTEZ (SBN 112808)
JOSHI A. VALENTINE (SBN 277185)
Law Office of Ezekiel E. Cortez
550 West C Street, Suite 790
San Diego, CA 92101
T: (619) 237-0309 | F: (619) 237-8052
lawforjustice@gmail.com
valentineforjustice@gmail.com
*Attorneys for Zachary Vasquez*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE GONZALO P. CURIEL)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR0648-GPC |
| Plaintiff, | **NOTICE OF MOTIONS AND MOTIONS TO DISMISS, FOR A BILL OF PARTICULARS, FOR DISCOVERY AND FOR LEAVE TO FILE ADDITIONAL MOTIONS** |
| vs. | |
| ZACHARY VASQUEZ, | |
| Defendant. | Date: October 13, 2017 |
| | Time: 11:00 a.m. |

TO: ALANA ROBINSON, ACTING UNITED STATES ATTORNEY; AND LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on October 13, 2017 at 11:00 a.m., the defendant, Zachary Vasquez, by and through his counsel, Ezekiel E. Cortez and Joshi A. Valentine, will move this Court to grant the motions listed above.

//

//

- 1 -

*Notice of Motions and Motions to Dismiss, for a Bill of Particulars, for Discovery and Leave to File Additional Motions,*
U.S. v. Zachary Vasquez, Case No. 17CR0648-GPC

# MOTIONS

Through his counsel, Ezekiel E. Cortez and Joshi A. Valentine, pursuant to Federal Rules of Criminal Procedure 7(c) and (f), 12 and 16, the Fifth and Sixth Amendments to the United States Constitution and applicable local rules, Mr. Vasquez hereby moves this Court to grant his motions to Dismiss, for a Bill of Particulars, for discovery, and for leave to file additional necessary motions.

These motions are based upon the instant Notice of Motions and Motions, the attached statement of facts and memorandum of points and authorities, the files and records in this case, and all other matters which may be brought to this Court's attention before or during the hearing of these motions.

Dated: October 9, 2017

Respectfully submitted,

s/ *Ezekiel E. Cortez*
EZEKIEL E. CORTEZ

s/ *Joshi A. Valentine*
JOSHI A. VALENTINE
*Attorneys for Zachary Vasquez*

- 2 -

*Notice of Motions and Motions to Dismiss, for a Bill of Particulars, for Discovery and Leave to File Additional Motions,*
U.S. v. Zachary Vasquez, Case No. 17CR0648-GPC

EZEKIEL E. CORTEZ (SBN 112808)
JOSHI A. VALENTINE (SBN 277185)
Law Office of Ezekiel E. Cortez
550 West C Street, Suite 790
San Diego, CA 92101
T: (619) 237-0309 | F: (619) 237-8052
lawforjustice@gmail.com
valentineforjustice@gmail.com
*Attorneys for Zachary Vasquez*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE GONZALO P. CURIEL)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR0648-GPC |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| ZACHARY VASQUEZ, | |
| Defendant. | |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 550 West C Street, Suite 790, San Diego, CA 92101;

2. That today I served the *Notice of Motions and Motions to Dismiss, for a Bill of Particulars, for Discovery and for Leave to File Additional Motions* on opposing counsel by e-filing it with the Office of the Clerk, which electronically serves all parties; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2017                                    Respectfully submitted,

                                                                            s/ *Ezekiel E. Cortez*
                                                                            EZEKIEL E. CORTEZ

- 1 -

*Notice of Motions and Motions to Dismiss, for a Bill of Particulars, for Discovery and Leave to File Additional Motions,*
U.S. v. Zachary Vasquez, Case No. 17CR0648-GPC