EZEKIEL E. CORTEZ (CSB No. 112808)
Law Office of Ezekiel E. Cortez
550 West C Street, Suite 790
San Diego, California 92101
T: (619) 237-0309 | F: (619) 237-8052
lawforjustice@gmail.com

*Attorney for Defendant Zachary Vasquez*

**THE UNITED STATES DISTRICT COURT**
**FOR THESOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE GONZALO P. CURIEL)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> ZACHARY VASQUEZ, <br>     Defendant. | Case No. 17CR00648-GPC <br><br> **JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING** <br><br> Date: September 13, 2018 <br> Time: 8:30 a.m. |

    The parties, Lawrence A. Casper, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Zachary Vasquez, respectfully request that the sentencing hearing presently set for September 13, 2018 at 8:30 a.m., be continued to December 14, 2018.

                                                  Respectfully submitted,

Dated: September 5, 2018          /s/ *Lawrence A. Casper* (by consent)
                                          LAWRENCE A. CASPER
                                          Assistant U.S Attorney

Dated: September 5, 2018          /s/ *Ezekiel E. Cortez*
                                          EZEKIEL E. CORTEZ
                                          *Attorney for Zachary Vasquez*

EZEKIEL E. CORTEZ (CSB No. 112808)
Law Office of Ezekiel E. Cortez
550 West C Street, Suite 790
San Diego, California 92101
T: (619) 237-0309 | F: (619) 237-8052
lawforjustice@gmail.com

*Attorney for Defendant Zachary Vasquez*

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 17CR00648-GPC |
|---|---|
| Plaintiff, | ) **PROOF OF SERVICE** |
| vs. | ) |
| ZACHARY VASQUEZ, | ) |
| Defendant. | ) |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 550 West C Street, Suite 790, San Diego, CA 92101;

2. That today I served the *Joint Motion for Continuance of Sentencing* on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I provided a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2018        /s/ *Ezekiel E. Cortez*
                                EZEKIEL E. CORTEZ
                                *Attorney for Zachary Vasquez*