EZEKIEL E. CORTEZ (CSB No. 112808)
LAW OFFICE OF EZEKIEL E. CORTEZ
550 WEST C STREET, SUITE 790
SAN DIEGO, CALIFORNIA 92101
T: (619) 237-0309 | F: (619) 237-8052
lawforjustice@gmail.com

*Attorney for Defendant Zachary Vasquez*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE GONZALO P. CURIEL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ZACHARY VASQUEZ,<br>Defendant. | Case No. 17CR00648-GPC<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE**<br><br>Date: December 14, 2018<br>Time: 8:30 a.m. |

I, Zachary Vasquez, hereby acknowledge that my next court date is December 14, 2018 at 8:30 a.m., at which time I will appear before this Court for *Sentencing Hearing* regarding the above entitled matter.

Dated: 8-4-18

_____
Zachary Vasquez

---

*Acknowledgment of Next Court Date*
U.S. v. Zachary Vasquez, Case No. 17CR0648-GPC